UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

KAREN FRANKLIN, as Personal Representative of the ESTATE OF KEITH FRANKLIN, Deceased,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

Case No: 2:16-cv-13587
Hon. Laurie J. Michelson
Magistrate Judge: David R. Grand

---

HERTZ SCHRAM PC
Steve J. Weiss (P32174)
Patricia A. Stamler (P35905)
Attorneys for Plaintiff
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
sweiss@hertzschram.com
pstamler@hertzschram.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
John L. Thurber (P44989)
Dana M. Wood (P71955)
Attorneys for MDOC Defendants
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
thurberj@michigan.gov
woodd9@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M (P37603)
Carly Van Thomme (P59706)
Kevin A. McQuillan (P79083)
Attorneys for Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
cvanthomme@chapmanlawgroup.com
kmcquillan@chapmanlawgroup.com

---

**EXHIBIT Q**          Dr. Papendick's Affidavit

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

KAREN FRANKLIN, as Personal Representative of the ESTATE OF KEITH FRANKLIN, Deceased,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

Case No: 2:16-cv-13587
Hon. Laurie J. Michelson
Magistrate Judge: David R. Grand

---

| | |
|---|---|
| HERTZ SCHRAM PC<br>Steve J. Weiss (P32174)<br>Patricia A. Stamler (P35905)<br>Attorneys for Plaintiff<br>1760 S. Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>sweiss@hertzschram.com<br>pstamler@hertzschram.com<br><br>MICHIGAN DEPT. OF ATTORNEY GENERAL<br>John L. Thurber (P44989)<br>Dana M. Wood (P71955)<br>Attorneys for MDOC Defendants<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434<br>thurberj@michigan.gov<br>woodd9@michigan.gov | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M (P37603)<br>Carly Van Thomme (P59706)<br>Kevin A. McQuillan (P79083)<br>Attorneys for Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com<br>kmcquillan@chapmanlawgroup.com |

**AFFIDAVIT OF KEITH PAPENDICK, M.D.**

STATE OF MICHIGAN    )
                     )ss
COUNTY OF CALHOUN    )

I, KEITH PAPENDICK, M.D. first being duly sworn on oath, state that if I were called to testify as a witness in this matter, I would testify to the following facts based upon my personal knowledge and review of Keith Franklin's Michigan Department of Corrections medical chart:

1. On all dates relevant to Plaintiff's Complaint, I was a physician licensed in the State of Michigan.

2. I have been the Utilization Management Outpatient Medical Director for Corizon since January of 2014.

3. During the time frame of January 2014 through June 2014, the average processing time for consultation requests (sometimes referred to as "407s") was 1.7 day(s) from the time the medical provider submits the request until the time that the utilization management team responds to the request.

4. Utilization management does not schedule offsite appointments.

5. MDOC's offsite coordinators handle the scheduling of the offsite medical appointments.

6. Corizon tracks utilization management data and uses it to monitor the process and make improvements when needed, including giving feedback

2

to individual medical providers, either directly or through their Regional Medical Directors.

7. On February 13, 2014, Erin Orlebeke, MD and I responded to a February 13, 2014, consultation request ("407") from Dr. Carrel for a "laryngoscopy, esophagoscopy, biopsy" for Keith Franklin with an alternative treatment plan, directing Dr. Carrel to submit each procedure on a separate request form.

8. On February 18, 2014, Dr. Carrel submitted a 407 for an esophagogastroduodenoscopy. Dr. Orlebeke and I approved this request on February 19, 2014. The test was scheduled for March 18, 2014 with Dr. Greenberg.

9. On February 25, 2014, Dr. Carrel submitted a 407 for an esophagoscopy. Dr. Orlebeke and I approved this request on February 26, 2014. The test was scheduled for March 18, 2014 with Dr. Greenberg.

10. On March 25, 2014, Dr. Carrel submitted a 407 for an oncology visit. I approved the request on the same day. I noted Dr. Carrel needed to submit a 407 for radiation oncology. The appointment was scheduled on April 7, 2014 with Dr. Kovalski.

11. On March 27, 2014, Dr. Carrel submitted a 407 for an oncology office visit. On March 28, 2014, I approved a request for a radiation oncology

3

consultation. Mr. Franklin's appointment was scheduled for April 25, 2014 at McLaren Radiation Oncology.

12. On April 8, 2014, Victoria Merren, N.P. submitted a 407 for an MRI of the neck with contrast. I approved this request on April 9, 2014. Mr. Franklin's appointment was scheduled for April 16, 2014 at McLaren Hospital.

13. On April 14, 2014, Dr. Carrel requested a 407 for a consultation with radiology-nuclear medicine. I responded to the request on April 15, 2014 with an alternative treatment plan, directing Dr. Carrel to submit a radiation oncology consultation with McLaren Hospital.

14. On April 21, 2014, I cancelled a 407 request from Dr. Carrel for a radiation oncology consultation, because it appeared to a duplicate of a 407 submitted on March 27, 2014.

15. On April 29, 2014, Dr. Carrel submitted a 407 for a positron emission tomography ("PET") and computed tomography ("CT") scan. I approved this request on the same day. Mr. Franklin was scheduled for a PET-CT scan on May 19, 2014 at McLaren Hospital.

16. On May 7, 2014, I approved a 407 submitted by Dr. Carrel on May 2, 2014 for a follow up oncology visit. Mr. Franklin's appointment was scheduled with Dr. Kovalski on May 20, 2014.

17. On June 10, 2014, I responded to a June 10, 2014 407 submitted by Dr. Carrel for chemotherapy. I approved one five-day intraperitoneal chemotherapy treatment, which began on June 19, 2014.

18. On June 13, 2014, Dr. Carrel submitted a 407 for chemotherapy. On June 16, 2016, I approved one, five-day inpatient chemotherapy treatment for Mr. Franklin, which was scheduled to begin on July 10, 2014.

19. On June 13, 2014, Dr. Carrel submitted a 407 for follow up oncology appointments for July 10, 2014 and July 13, 2014. On June 16, 2014, I approved the requested oncology follow up visits. I approved eight follow-up visits for 60 days.

Further affiant sayeth not.

/s/ KEITH PAPENDICK, M.D.

Subscribed and sworn to before me
This 6th day of ~~July~~ August, 2018.

_____
Notary Public, State of Michigan
County of Jackson
My Commission Expires: 01/01/2020
Acting in the County of Calhoun

CHALA L LOTT
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF JACKSON
My Commission Expires Jan. 01, 2020
Acting in the County of Calhoun

5