UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KAREN FRANKLIN, as Personal Representative of the ESTATE OF KEITH FRANKLIN, Deceased,<br><br>Plaintiff,<br><br>-vs-<br><br>STATE OF MICHIGAN, et al.,<br><br>Defendants. | Case No. 2:16-cv-13587<br>District Judge Laurie J. Michelson<br>Magistrate Judge David R. Grand<br><br>**Plaintiff's Motion for Partial Summary Judgment** |

## INDEX OF EXHIBITS

| Exhibit Number | Description |
|---|---|
| 1 | Autopsy Report |
| 2 | Report of Mark Levin |
| 3 | Deposition Transcript of Mark Levin |
| 4 | Report of Neel B. Shah |
| 5 | Deposition Transcript of Neel B. Shah |

{H0575951.1}