UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF KEITH FRANKLIN, by its Personal Representative, KAREN FRANKLIN,

    Plaintiff,

v

STATE OF MICHIGAN DEPARTMENT OF CORRECTIONS-DUANE WATERS HEALTH CENTER, DANIEL H. HEYNS, individually and in his official capacity as the former Director of the Michigan Department of Corrections, CORIZON HEALTH, INC., a subsidiary of VALITAS HEALTH SERVICES, INC., JANAK R. BHAVSAR, M.D., individually and in his official capacity, DANIEL T. CARREL, D.O., individually and in his official capacity, SCOTT L. HOLMES, M.D., individually and in his official capacity, MCLAREN HEALTH CARE CORPORATION, a Michigan nonprofit corporation, CHERYL KOVALSKI, D.O., individually and in her official capacity, jointly and severally,

    Defendants.
_____

No. 2:16-cv-13587

HON. LAURIE J. MICHELSON

MAG. DAVID R. GRAND

**SUBSTITUTION OF ATTORNEY**

Steve J. Weiss (P32174)
Patricia A. Stamler (P35905)
Hertz Schram, P.C.
Attorneys for Plaintiff
1760 S. Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000
pstamler@hertzschram.com
sweiss@hertzschram.com
_____

John L. Thurber (P44989)
Assistant Attorney General
Attorney for Defendant Daniel Heyns
Michigan Department of Attorney General
Complex Litigation Division
P. O. Box 30736
Lansing, MI 48909
(517) 373-6434
thurberj@michigan.gov
_____

Ronald W. Chapman, Sr., M.P.A., LL.M (P37603)
Carly Van Thomme (P59706)
Kevin A. McQuillan (P79083)
Chapman Law Group
Attorneys for Defendants Corizon Health, Inc., Janak Bhavsar, M.D., Scott Holmes, M.D., and Daniel Carrel, D.O.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
cvanthomme@chapmanlawgroup.com
kmcquillan@chapmanlawgroup.com
_____/

## SUBSTITUTION OF ATTORNEY

TO:   CLERK OF THE COURT

PLEASE TAKE NOTICE that John Fedynsky (P65232), Assistant Attorney General for the State of Michigan, has this day been substituted in the above-captioned cause in place and stead of attorney John L. Thurber (P44989) as attorney for Defendant Daniel Heyns. John Fedynsky, has also this day been substituted in the above-captioned cause in place and stead of attorney Dana Wood (P71955), who is no longer an Assistant Attorney General.

                              Respectfully submitted,

                              DANA NESSEL
                              Attorney General

                              *s/John Fedynsky*
                              John Fedynsky (P71955)
                              Assistant Attorney General
                              Attorney for Defendant Heyns
                              Michigan Dept. of Attorney General
                              Complex Litigation Division
                              P.O. Box 30736
                              Lansing, MI 48909
                              (517) 335-3055
                              fedynskyj@michigan.gov

Dated: January 14, 2019

## CONSENT TO SUBSTITUTION OF ATTORNEYS

TO:   CLERK OF THE COURT

I the undersigned hereby consent that John Fedynsky (P65232), Assistant Attorney General for the State of Michigan, be substituted in my place and stead for Defendant Heyns, in the above cause of action.

Respectfully submitted,

Dana Nessel
Attorney General

*s/ John L. Thurber*
Assistant Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-3055
Thurberj@michigan.gov

Date:  January 14, 2019                    P44989

4

## **ORDER PERMITTING SUBSTITUTION OF ATTORNEYS**

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that John Fedynsky, Assistant Attorney General for the State of Michigan, is substituted as counsel representing Defendant Daniel Heyns in the above cause of action.

Date: January 15, 2019            s/Laurie J. Michelson
                                  United States District Judge