UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

KAREN FRANKLIN, as Personal Representative of the ESTATE OF KEITH FRANKLIN, Deceased,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.

Case No: 2:16-cv-13587
Hon. Laurie J. Michelson
Magistrate Judge: David R. Grand

| | |
|---|---|
| HERTZ SCHRAM PC<br>Steve J. Weiss (P32174)<br>Patricia A. Stamler (P35905)<br>Attorneys for Plaintiff<br>1760 S. Telegraph Road, Suite 300<br>Bloomfield Hills, MI 48302<br>(248) 335-5000<br>sweiss@hertzschram.com<br>pstamler@hertzschram.com<br><br>MICHIGAN DEPT. OF ATTORNEY GENERAL<br>John Fedynsky (P65232)<br>Attorneys for MDOC Defendants<br>P.O. Box 30732<br>Lansing, MI 48909<br>(517) 335-3055<br>fedynskyj@michigan.gov | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M (P37603)<br>Carly Van Thomme (P59706)<br>Wedad Ibrahim (P81970)<br>Attorneys for Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com<br>wibrahim@chapmanlawgroup.com |

## **SUBSTITUTED APPEARANCE OF COUNSEL**

TO: CLERK OF THE COURT

1

PLEASE TAKE NOTICE that Wedad Ibrahim (P81970), has been substituted in the above-captioned cause in place and stead of Kevin A. McQuillan (P79083) as counsel for Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O. I also request a withdrawal of Kevin A. McQuillan (P79083) from this case.

                                      Respectfully submitted,
                                      CHAPMAN LAW GROUP

Dated:  March 12, 2019        /s/Wedad Ibrahim
                                      Wedad Ibrahim (P81970)
                                      Attorney for Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O.
                                      1441 West Long Lake Rd., Suite 310
                                      Troy, MI 48098
                                      (248) 644-6326
                                      wibrahim@chapmanlawgroup.com

## **CONSENT TO SUBSTITUTION OF ATTORNEYS**

TO: CLERK OF THE COURT

    I hereby consent that Wedad Ibrahim be substituted in my place and stead for Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O.

                                                Respectfully submitted,
                                                CHAPMAN LAW GROUP

Dated:  March 12, 2019        /s/Kevin A. McQuillan
                                        Kevin A. McQuillan (P79083)
                                        Attorney for Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O.
                                          1441 West Long Lake Rd., Suite 310
                                        Troy, MI 48098
                                        (248) 644-6326
                                        kmcquillan@chapmanlawgroup.com

## **ORDER PERMITTING SUBSTITUTION OF ATTORNEYS**

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that Wedad Ibrahim is substituted as counsel representing Defendants Corizon Health, Inc.; Janak Bhavsar, M.D.; Scott Holmes, M.D.; and Daniel Carrel, D.O., and Kevin A. McQuillan is terminated in the above cause of action.

Date: March 12, 2019                    s/Laurie J. Michelson
                                        United States District Judge