UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KAREN FRANKLIN, P.R. of the
Estate of Keith Franklin,

    Plaintiff,

v

DANIEL H. HEYNS; CORIZON HEALTH, INC.; VALITAS HEALTH SERVICES, INC.; STATE OF MICHIGAN; JANAK R. BHAVSAR; DANIEL T. CARREL; SCOTT L. HOLMES; CHERYL KOVALSKI; and MCLAREN HEALTH CARE CORPORATION,

    Defendants.

No. 2:16-cv-13587

HON. LAURIE J. MICHELSON

MAG. DAVID R. GRAND

**SUBSTITUTION OF ATTORNEYS, CONSENT** and **PROPOSED ORDER**

Steve J. Weiss (P32174)
Patricia A. Stamler (P35905)
Attorneys for Plaintiff
1760 Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302
(248) 335-5000

John G. Fedynsky (P65232)
Attorney for Defendant Heyns
Michigan Dept. of Attorney General
MDOC Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-3055

Ronald W. Chapman (P37603)
Jonathan C. Lanesky (P59740)
Wedad Ibrahim (P81970)
Attorneys for Defendant Corizon, Bhavsar, Carrel, and Holmes
1441 West Long Lake Rd., Ste. 310
Troy, MI 48098
(248) 644-6326

    /

# SUBSTITUTION OF ATTORNEYS

TO:  CLERK OF THE COURT

PLEASE TAKE NOTICE that James T. Farrell (P35400), Assistant Attorney General for the State of Michigan, has this day been substituted in the above-captioned cause in place and stead of attorney John G. Fedynsky (P65232) as attorney for **Defendant Daniel H. Heyns**.  I also request a withdrawal of John G. Fedynsky (P65232) from this case in the above-entitled action.

        Respectfully submitted,

        Dana Nessel
        Attorney General

        */s/ James T. Farrell*
        James T. Farrell
        Assistant Attorney General
        Attorney for Defendant Heyns
        MDOC Division
        P.O. Box 30736
        Lansing, MI  48909
        (517) 335-3055
        farrellj@michigan.gov

Dated:  July 1, 2019        P35400

## **CONSENT TO SUBSTITUTION OF ATTORNEYS**

TO:   CLERK OF THE COURT

I hereby consent that James T. Farrell, Assistant Attorney General for the State of Michigan, be substituted in my place and stead for Defendant Daniel H. Heyns in the above-entitled action.

                                        Respectfully submitted,

                                        Dana Nessel
                                        Attorney General

                                        */s/ John G. Fedynsky*
                                        John G. Fedynsky
                                        Assistant Attorney General
                                        Attorney for Defendant Heyns
                                        MDOC Division
                                        P.O. Box 30736
                                        Lansing, MI  48909
                                        (517) 335-3055
                                        fedynskyj@michigan.gov
Dated: July 1, 2019                      P65232

## **ORDER PERMITTING SUBSTITUTION OF ATTORNEYS**

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that James T. Farrell, Assistant Attorney General for the State of Michigan, is hereby substituted as counsel representing Defendant Daniel H. Heyns in the above-entitled action. Further, John G. Fedynsky (P65232) is withdrawn from this case.

Date: July 1, 2019                             s/Laurie J. Michelson
                                               United States District Judge