UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN FRANKLIN, Personal Representative of the Estate of Keith Franklin,

    Plaintiff,

v.

JANAK R. BHAVSAR,

    Defendant.

Case No. 16-13587
Honorable Laurie J. Michelson

## AMENDED TRIAL SCHEDULING ORDER

Following a final unsuccessful settlement conference, this case is again ready for trial. The Court enters the following amended schedule to manage the only remaining pretrial and trial phases of the case:

| EVENT[1] | DEADLINE |
| --- | --- |
| Joint Proposed Final Pretrial Order (and pretrial submissions) (*See* § 11 of case management requirements) [ joint jury instructions and verdict form, proposed voir dire, joint one-paragraph summary of the case] | January 5, 2023 |
| Final Pretrial Conference | January 9, 2023 at 10 a.m. |
| Jury Trial | January 19, 2023 |
| Estimated Length of Trial | 10 days |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

2

The parties are directed to this Court's Case Management Requirements (*see, e.g.,* ECF No. 47), and, in particular the pre-trial and trial requirements.

SO ORDERED.

Dated: July 27, 2022

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
