# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Karen Franklin, as Personal Representative
of the Estate of Keith Franklin, Deceased,

      Plaintiff,

v.

State of Michigan, et al.

      Defendants.

Case No: 2:16-cv-13587
District Judge: Laurie J. Michelson
Magistrate Judge: David R. Grand

| McKeen & Associates, P.C. | Chapman Law Group |
|---|---|
| Kenneth D. Lee (P75886) | Jonathan C. Lanesky (P59706) |
| *Attorney for Plaintiff* | Nicholas B. Pillow (P83927) |
| 645 Griswold St., Ste. 4200 | *Attorneys for Janak Bhavsar, M.D.* |
| Detroit, MI 48226 | 1441 West Long Lake Rd., Suite 310 |
| (313) 961-4400 | Troy, MI 48098 |
| klee@mckeenassociates.com | (248) 644-6326 |
| | jlanesky@chapmanlawgroup.com |
| | npillow@chapmanlawgroup.com |

## APPEARANCE OF COUNSEL ON BEHALF OF
## DEFENDANT JANAK BHAVSAR, M.D.

**TO: CLERK OF THE COURT**

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by NICHOLAS B. PILLOW, and hereby gives notice of his appearance on behalf of the Defendant, JANAK BHAVSAR, M.D.

1

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: August 18, 2022

*/s/Nicholas Pillow*
Nicholas B. Pillow (P83927)
Attorney for Janak Bhavsar, M.D.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
npillow@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on August 18, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

*/s/Nicholas Pillow*
Nicholas B. Pillow (P83927)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
npillow@chapmanlawgroup.com

2