# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Karen Franklin, as Personal Representative
of the Estate of Keith Franklin, Deceased,

      Plaintiff,

v.

State of Michigan, et al.

      Defendants.

Case No: 2:16-cv-13587
District Judge: Laurie J. Michelson
Magistrate Judge: David R. Grand

| MCKEEN & ASSOCIATES, P.C. | CHAPMAN LAW GROUP |
|---|---|
| Kenneth D. Lee (P75886) | Jonathan C. Lanesky (P59706) |
| *Attorney for Plaintiff* | Nicholas B. Pillow (P83927) |
| 645 Griswold St., Ste. 4200 | *Attorneys for Janak Bhavsar, M.D.* |
| Detroit, MI 48226 | 1441 West Long Lake Rd., Suite 310 |
| (313) 961-4400 | Troy, MI 48098 |
| klee@mckeenassociates.com | (248) 644-6326 |
| | jlanesky@chapmanlawgroup.com |
| | npillow@chapmanlawgroup.com |

## **DEFENDANTS NOTICE OF SETTLEMENT**

The Defendant Janak Bhavsar, M.D., by and through his undersigned counsel, gives notice to the Court that Plaintiff has agreed to a full and final resolution of the claims made against Defendant Janak Bhavsar, M.D.

                Respectfully submitted,
                CHAPMAN LAW GROUP

Dated: January 5, 2023        /s/ Jonathan C. Lanesky
                Jonathan C. Lanesky (P59740)
                Nicholas B. Pillow (P83927)

1

Attorneys for Janak Bhavsar, M.D.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on January 5, 2023 I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

/s/ Jonathan C. Lanesky
Jonathan C. Lanesky (P59740)
Nicholas B. Pillow (P83927)
Attorneys for Janak Bhavsar, M.D.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
jlanesky@chapmanlawgroup.com
npillow@chapmanlawgroup.com